UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUAN GERONIMO, et al., | |
| Plaintiffs, | No. 15-8654 (MCA) (MAH) |
| v. | |
| CITY OF PATERSON, et al., | **REPORT AND RECOMMENDATION** |
| Defendants. | |

This matter comes before the Court by way of Plaintiffs' motion to remand this matter to the Superior Court of New Jersey, Passaic County pursuant to 28 U.S.C. § 1447(c), D.E. 7;

and Defendants having filed oppositions to the motion to remand, D.E. 8, 9;

and the Court having considered the papers submitted in support of, and in opposition to, the motion;

and the Court having held oral argument on April 5, 2016;

and for the reasons set forth in an oral opinion delivered on the record on April 5, 2016;[1]

and for good cause shown;

the Undersigned respectfully recommends that the District Court deny Plaintiffs' motion to remand, D.E. 7.

---

[1] A copy of this transcript may be obtained from King Transcription Services (973-237-6080).

Under 28 U.S.C. § 636, and L. Civ. R. 71.1(c)(2), the parties have fourteen days to file and serve objections to this Report and Recommendation.

**Date: April 5, 2016**

                                                 *s/ Michael A. Hammer*
                                                 **UNITED STATES MAGISTRATE JUDGE**