UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUAN GERONIMO, et al., <br><br>　　　　　*Plaintiffs*, <br>v. <br><br>CITY OF PATERSON, et al., <br><br>　　　　　*Defendants*. | Civil Action No. 15-8654 <br><br>ORDER |

**THIS MATTER** comes before the Court by way of Plaintiffs Juan Geronimo and Akenaton Geronimo-Arias ("Plaintiffs") motion to remand, Dkt. No. 7;

and it appearing that Judge Hammer issued a Report and Recommendation dated April 5, 2016 in which Judge Hammer recommended that this Court deny Plaintiffs' motion, Dkt. No. 14; and

it appearing that neither Defendant nor Plaintiff have filed any objections to the Report and Recommendation; and

it appearing that for the reasons set forth in Judge Hammer's Report and Recommendation

**IT IS** on this 13th day of May, 2016,

**ORDERED** that Judge Hammer's Report and Recommendation dated April 5, 2016, is **ADOPTED** and Plaintiffs' motion is **DENIED**.

　　　　　　　　　　　　　　　　　　　　　*/s Madeline Cox Arleo*　　　　　　
　　　　　　　　　　　　　　　　　　　　　**Hon. Madeline Cox Arleo**
　　　　　　　　　　　　　　　　　　　　　**United States District Judge**